IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| *Debtor*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2687 |
| | § | |
| PANDIT LAW FIRM, LLC, | § | |
| | § | |
| *Appellant*. | § | |

## MEMORANDUM ORDER

Pending before the Court in the above referenced proceeding is Pandit Law Firm, LLC

Motion to Withdraw the Bankruptcy Reference (filed in Adversary proceeding number 25-3028

and re-filed in this Court as Doc. No. 2). The recommended ruling in Chief Bankruptcy Judge

Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by

this Court. Neither party filed objections. After a review of the filings, the applicable law, and

Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and

Recommendation, and hereby withdraws the reference as to all matters involving the division of

attorney's fees between Pandit Law Firm, LLC and MMA Law Firm, PLLC, the debtor.

Signed at Houston, Texas, on this the 8 day of July, 2025.

Andrew S. Hanen
United States District Judge